UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THUBA T. NGUYEN, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 07-05496 AJW |
| ) | |
| v. ) | J U D G M E N T |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that the Commissioner's decision is reversed, and the case is remanded for an award of benefits consistent with this memorandum of decision.

DATED: August 28, 2008

_____
ANDREW J. WISTRICH
United States Magistrate Judge