1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **WESTERN DIVISION**

11

12 THUBA NGUYEN,                    ) Case No.: CV 07-05496 AJW
                                    )
13         Plaintiff,                ) ORDER AWARDING EAJA
                                    ) ATTORNEY FEES
14 v.                                )
                                    )
15 MICHAEL J. ASTRUE,               )
   COMMISSIONER OF SOCIAL           )
16 SECURITY ADMINISTRATION,         )
                                    )
17                                  )
           Defendant.                )
18                                  )
                                    )
19

20     Based upon the parties' Stipulation for the Award and Payment of Equal

21 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

22 Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

23 the amount of THREE THOUSAND-FIVE HUNDRED dollars ($3,500.00)  as

24 authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

25 Stipulation.

26 DATE: January 08, 2009

27                        THE HONORABLE ANDREW J. WISTRICH
                         UNITED STATES MAGISTRATE JUDGE
28

-1-